UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 21, 2015    **Time:** 10:59-11:20 (21 mins)    **Judge:** EDWARD M. CHEN

**Case No.** CR14-0120EMC11    **Case Name:** UNITED STATES v. Alberto Torres (custody)

**Attorney for Plaintiff:** Andy Scoble/Kim Hopkins
**Attorney for Defendant:** Robert Waggner

**Deputy Clerk:** Betty Lee                **Court Reporter:** Kim Thorpe
**Interpreter:** N/A                       **Probation Officer:** Trevor Lilian

**PROCEEDINGS**

Sentencing

**ORDER AFTER HEARING**

- The Court sentenced the defendant to the B.O.P. for a period of 168 months. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 5 years. The defendant is ordered to pay a special assessment in the amount of $500 immediately. Fine is waived. Government's motion to dismiss Count 2 is granted. See Judgment for detail.